# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0753

_____

ANDRE DEMMOY LEVY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


May 1, 2025


PER CURIAM.

DISMISSED.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Henry Mark Sims, Public Defender, and Matthew C. Meredith, Assistant Public Defender, Panama City, for Petitioner.

No appearance for Respondent.